THE PEOPLE OF THE STATE OF NEW YORK, Respondent
*v.* RICHARD HARRISON, Appellant.

(Argued November 24, 1919; decided December 12, 1919.)

APPEAL from a judgment of the Supreme Court rendered January 31, 1919, at a Trial Term for the county of New York, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Joseph R. Truesdale* for appellant.

*Edward Swann, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ELKUS, JJ.

---

MARTIN FULTS, as Administrator of the Estate of DORA E. FULTS, Deceased, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

*Fults* v. *N. Y. Central R. R. Co.*, 187 App. Div. 922, affirmed.

(Argued November 26, 1919; decided December 12, 1919.)

APPEAL from a judgment entered January 27, 1919, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, which reversed a judgment in favor of defendant entered upon an order of the court at a Trial Term granting a reserved motion for a nonsuit after rendition of a verdict in favor of plaintiff and directed judgment on the verdict, in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. The accident occurred at a grade crossing in the town of Theresa, Jefferson county, when a carriage drawn by a horse in which intestate was riding, owned and being driven by her brother-in-law, was struck by one of the defendant's trains.

*Henry Purcell* for appellant.

*N. F. Breen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ELKUS, JJ.